# In the United States Court of Federal Claims

No. 04-1316 C

(E-Filed: October 13, 2004)

OAKHURST ENTERPRISES II, A CALIFORNIA LIMITED PARTNERSHIP,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to file its answer, dated October 8, 2004. The Clerk of the Court has sent defendant's motion to chambers unfiled because it does not comply with Rule 5.3(g) of the Rules of the United States Court of Federal Claims.

Rule 5.3(g) requires that the name of the judge be included under the docket number in all pleadings and papers other than the complaint. Here, defendant did not include the correct judge's name in its motion.

Defendant shall ensure that its future filings comport with the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge