# In the United States Court of Federal Claims

No. 04-1316 C

(E-Filed: November 22, 2004)

OAKHURST ENTERPRISES II, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to file its answer, dated November 19, 2004. The court notes for the second time, see Order dated October 13, 2004, that plaintiff's motion does not comport with Rule 5.3(g) of the Rules of the United States Court of Federal Claims (RCFC). RCFC 5.3(g) requires that the name of the judge be included under the docket number in all pleadings and papers other than the complaint. Here, defendant addresses his motion to the incorrect judge.

Notwithstanding this deficiency, defendant's motion is GRANTED for the reasons stated therein. Defendant shall file its answer on or before Monday, January 3, 2005, and shall ensure that its future filings comport with the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge